# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE MARCUS RENFROE, <br> Petitioner, <br> v. <br> DANIEL PRAMO, Warden, <br> Respondent. | CASE NO. 2:16-CV-05528-BRO (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Granting Respondent's Motion to Dismiss Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and the action dismissed.

IT IS SO ORDERED.

DATED: April 12, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge